United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 19-13500-mdc
Christopher J Parke                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Dec 13, 2019
                        Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
db             +Christopher J Parke,    104 West Avenue,    Springfield, PA 19064-3625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 03:00:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Christopher J Parke brad@sadeklaw.com,   bradsadek@gmail.com
      KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
       amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
       Lorraine@mvrlaw.com,   Diane@mvrlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher J. Parke<br>　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>vs.<br>Christopher J. Parke<br>　　　　　Debtor(s) | NO. 19-13500 MDC |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 Toyota Camry, VIN: 4T4BF1FK2DR322547 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 12th day of December, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
cc: See attached service list　　　　　　　　　　Chief U.S. Bankruptcy Judge