United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 19-13500-mdc
Christopher J Parke                                            Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore         Page 1 of 2           Date Rcvd: May 20, 2020
                            Form ID: 138NEW         Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.
```
db            +Christopher J Parke,   104 West Avenue,   Springfield, PA 19064-3625
14334487      +Citibank/Sunoco,   Citibank Corp/Centralized Bankruptcy,   Po Box 6407,
                Sioux Falls, SD 57117-6407
14345577      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14363384      +Jeffrey Parke,   680 Dorlan Mill Road,   Downingtown, PA 19335-1832
14363385      +Jennifer L. Parke,   938 Roanoke Road,   Elkins Park, PA 19027-1923
14334490       Mr. Cooper,   8950 Woodcrest Road,   Abington, PA 19001
14340166       Nationalstar Mortgage LLC d/b/a Mr. Cooper,   c/o Karina Velter, Esquire,   P.O. Box 165028,
                Columbus, OH  43216-5028
14361278      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Attention: Bankruptcy Department,   PO Box 619096,
                Dallas TX 75261-9096
14334492     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Financial Services,   Attn: Bankruptcy Dept,   Po Box 8026,
                Cedar Rapids, IA 52409)
14359319      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14417197      +Toyota Motor Credit Corporation,   C/O KML Law Group,   701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 21 2020 03:05:26     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2020 03:05:14
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 21 2020 03:05:25     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 03:11:31     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14334488      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2020 03:05:12     Comenitycapital/bjsclb,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14334489      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 21 2020 03:05:10     Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
14334486       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 21 2020 03:11:33     Chase Card Services,
                Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
14371194       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2020 08:36:21
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14367441       E-mail/Text: bnc-quantum@quantum3group.com May 21 2020 03:05:13
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
14335877      +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 03:11:51     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   Valerie Smith,   PO Box 41021,   Norfolk, VA 23541-1021
14335705      +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 03:11:32     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14334491      +E-mail/PDF: gecsedi@recoverycorp.com May 21 2020 03:11:32     Synchrony Bank/Walmart,
                Attn:  Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: May 20, 2020
                              Form ID: 138NEW          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Christopher J Parke brad@sadeklaw.com,   bradsadek@gmail.com
              KARINA   VELTER    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               Lorraine@mvrlaw.com,   Diane@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christopher J Parke

    Debtor(s)                                     Bankruptcy No: 19−13500−mdc

                                                 Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                       For The Court
                                                            Timothy B. McGrath
                                                               Clerk of Court

Dated: 5/19/20

                                                                                             59 − 58
                                                                                         Form 138_new